UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMY L. WEAVER,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 1:19-cv-990

HON. JANET T. NEFF

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 42 U.S.C. § 405(g).  Plaintiff filed a Motion for Attorneys' Fees Under the Equal Access to Justice Act (ECF No. 15).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on March 19, 2021, recommending that this Court grant the motion.  The Report and Recommendation was duly served on the parties.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 18) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Attorneys' Fees Under the Equal Access to Justice Act (ECF No. 15) is GRANTED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Defendant shall pay Plaintiff attorney fees in the amount of $5,118.75 and law clerk fees in the amount of $490.00, for a total fee award of $5,608.75.

Dated:  April 6, 2021

    /s/ Janet T. Neff
JANET T. NEFF
United States District Judge